CESAR ALVARADO, Respondent, v GIOVANNI CULOTTA, Appellant, et al., Defendants.

Submitted October 13, 2009; decided December 1, 2009

Reported below, 65 AD3d 504.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BOVIS LEND LEASE LMB INC. et al., Appellants, v GARITO CONTRACTING, INC., et al., Respondents.

Decided December 1, 2009

Reported below, 65 AD3d 872.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.